IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GWEN WILSON, §<br> *Plaintiff*, §<br>§<br>V. §<br>§<br>CITY OF FORT WORTH, §<br> *Defendant*. § | §<br>§<br>§<br>§<br>§ | CIVIL NO. 4:25-CV-837-P |

### FINDING, CONCLUSION, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

  The above-styled and numbered action, which was filed by *pro se* Plaintiff Gwen Wilson ("Wilson") on August 5, 2025, was referred to the undersigned pursuant to a standing order of this Court. Although more than 90 days have passed since the filing of the original complaint, there is no proof of service of Defendant the City of Fort Worth ("Defendant"). Federal Rule of Civil Procedure ("Rule") 4(m) provides that defendants must be served within 90 days after the complaint is filed. Rule 4(m) also states that if a defendant is not served within the 90 days, "[a court] must dismiss the action without prejudice against that defendant or order that service be made within a specified time" after providing notice[1] to the plaintiff. Fed. R. Civ. P. 4(m). Consequently, the Court **RECOMMENDS** that the above-styled and numbered cause be **DISMISSED** for failure to effectuate proper service unless Wilson provides either proof of service or good cause for her failure to serve Defendant within the fourteen-day objection period. *See id*.

---

[1] This Finding, Conclusion, And Recommendation provides notice to Wilson.

**NOTICE OF RIGHT TO OBJECT TO PROPOSED
FINDINGS, CONCLUSIONS AND RECOMMENDATION
AND CONSEQUENCES OF FAILURE TO OBJECT**

Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a *de novo* determination of those portions of the United States Magistrate Judge's proposed findings, conclusions and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file, by the date stated above, a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections from ten to fourteen days).

**ORDER**

Under 28 U.S.C. § 636, it is hereby **ORDERED** that each party is granted **until December 2, 2025,** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation. It is further **ORDERED** that if objections are filed and the opposing party chooses to file a response, the response shall be filed within seven (7) days of the filing date of the objections.

2

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and hereby is returned to the docket of the United States District Judge.

SIGNED November 18, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE